# EXHIBIT A

<u>**ENROLLED**</u>

2016 Regular Session

HOUSE BILL NO. 606

BY REPRESENTATIVES HOFFMANN, ABRAHAM, AMEDEE, ARMES, BAGLEY, BARRAS, BERTHELOT, BISHOP, CARMODY, STEVE CARTER, CHANEY, COUSSAN, COX, DEVILLIER, DWIGHT, EDMONDS, EMERSON, FALCONER, GAROFALO, GISCLAIR, LANCE HARRIS, HENSGENS, HILFERTY, HILL, HODGES, HOLLIS, HORTON, HOWARD, HUVAL, IVEY, JACKSON, MIKE JOHNSON, NANCY LANDRY, LEBAS, LEOPOLD, MACK, MCFARLAND, MIGUEZ, JAY MORRIS, JIM MORRIS, PEARSON, POPE, PUGH, PYLANT, REYNOLDS, RICHARD, SCHEXNAYDER, SCHRODER, SIMON, THIBAUT, WILLMOTT, AND ZERINGUE AND SENATOR WALSWORTH

|    |    |
|----|----|
| 1  | AN ACT |
| 2  | To amend and reenact R.S. 40:1061.6(A) and to enact Chapter 1-A of Title 36 of the |
| 3  | Louisiana Revised Statutes of 1950, to be comprised of R.S. 36:21, relative to |
| 4  | authorized uses of public funds; to prohibit certain uses of public funds by |
| 5  | institutions, boards, commissions, departments, agencies, officials, and employees |
| 6  | of the state or its political subdivisions; to prohibit entities that perform abortions |
| 7  | from receiving public funding for any purpose; to provide for construction of the |
| 8  | prohibition; and to provide for related matters. |
| 9  | Be it enacted by the Legislature of Louisiana: |
| 10 | Section 1.  Chapter 1-A of Title 36 of the Louisiana Revised Statutes of 1950, |
| 11 | comprised of R.S. 36:21, is hereby enacted to read as follows: |
| 12 | CHAPTER 1-A.  ELIGIBILITY OF ABORTION PROVIDERS |
| 13 | FOR PUBLIC FUNDING |
| 14 | §21.  Public funding for abortion providers; prohibition |
| 15 | A.  For purposes of this Chapter, the term "abortion" shall have the meaning |
| 16 | ascribed in R.S. 40:1061.9. |
| 17 | B.(1)  No institution, board, commission, department, agency, official, or |
| 18 | employee of the state, or of any local political subdivision thereof, shall contract |
| 19 | with, award any grant to, or otherwise bestow any funding upon, an entity or |
| 20 | organization that performs abortions, or that contracts with an entity or organization |

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

1    that performs abortions, in this state.  The prohibition provided in this Section shall

2    apply to state funds, federal funds, and any other funds that may be used for purposes

3    of contracting for services, providing reimbursements, or grant issuance.

4            (2)  The prohibition provided in this Section shall not be construed to restrict

5    funding to an entity that may perform the following types of abortions, exclusively:

6            (a)  An abortion which is medically necessary to prevent the death of the

7    mother.

8            (b)  An abortion in a case when the mother is a victim of rape or incest.

9            (c)  An abortion performed when the pregnancy is diagnosed as medically

10   futile.  For purposes of this Subparagraph, "medically futile" means that, in

11   reasonable medical judgment, the unborn child has a profound and irremediable

12   congenital or chromosomal anomaly that is incompatible with sustaining life after

13   birth.  This diagnosis shall be a medical judgment certified in the pregnant woman's

14   medical record by a reasonably prudent physician who is knowledgeable about the

15   case and the treatment possibilities with respect to the medical conditions involved.

16   Section 2.  R.S. 40:1061.6(A) is hereby amended and reenacted to read as follows:

17   §1061.6.  Use of public funds

18           A.(1)  Notwithstanding any other provision of law to the contrary, no public

19   funds, made available to any institution, board, commission, department, agency,

20   official, or employee of the state of Louisiana, or of any local political subdivision

21   thereof, whether such funds are made available by the government of the United

22   States, the state of Louisiana, or of a local governmental subdivision, or from any

23   other public source shall be used in any way for, to assist in, or to provide facilities

24   for an abortion, except when the abortion is medically necessary to prevent the death

25   of the mother.

26           (2)  No institution, board, commission, department, agency, official, or

27   employee of the state, or of any local political subdivision thereof, shall contract

28   with, award any grant to, or otherwise bestow any funding upon, an entity or

29   organization that performs abortions, or that contracts with an entity or organization

CODING:  Words in struck through type are deletions from existing law; words underscored
are additions.

HB NO. 606                                                    **ENROLLED**

1    that performs abortions, in this state, as more specifically provided in Chapter 1-A

2    of Title 36 of the Louisiana Revised Statutes of 1950.

3        Section 3.  This Act shall become effective upon signature by the governor or, if not

4    signed by the governor, upon expiration of the time for bills to become law without signature

5    by the governor, as provided by Article III, Section 18 of the Constitution of Louisiana.  If

6    vetoed by the governor and subsequently approved by the legislature, this Act shall become

7    effective on the day following such approval.


_____

SPEAKER OF THE HOUSE OF REPRESENTATIVES


_____

PRESIDENT OF THE SENATE


_____

GOVERNOR OF THE STATE OF LOUISIANA


APPROVED: _____


Page 3 of 3


CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored
are additions.

# EXHIBIT B

Regular Session, 2013                                              **ENROLLED**

SENATE CONCURRENT RESOLUTION NO. 57

BY SENATORS MARTINY, APPEL, CORTEZ, CROWE, GUILLORY, JOHNS, LONG,
MILLS, NEVERS, PEACOCK, PERRY, THOMPSON, WALSWORTH,
WARD AND WHITE AND REPRESENTATIVES STUART BISHOP,
BROADWATER, BURFORD, HENRY BURNS, CARMODY,
CHANEY, CONNICK, CROMER, DOVE, FANNIN, GUINN, HARRIS,
HENRY, HILL, HODGES, HOFFMANN, HOWARD, IVEY, GIROD
JACKSON, KLECKLEY, LOPINTO, LORUSSO, MACK, JAY
MORRIS, ORTEGO, PEARSON, PONTI, POPE, PUGH, PYLANT,
RICHARD, SCHRODER, SEABAUGH, SIMON, ST. GERMAIN,
STOKES, TALBOT, THOMPSON, WHITNEY AND WILLMOTT

A CONCURRENT RESOLUTION

To urge and request the various departments to take certain actions regarding the
commercial construction and operation by Planned Parenthood Gulf Coast of a
facility to provide abortions in Louisiana.

WHEREAS, Planned Parenthood Federation of America is a private, nonprofit
organization that provides sexual and reproductive health services and is the largest provider
of abortions in the United States; and

WHEREAS, the affiliate Planned Parenthood facilities in Louisiana provide sexual
and reproductive health services but currently do not provide abortions; and

WHEREAS, in 2010, the non-abortion providing Planned Parenthood affiliates in
Louisiana merged with the abortion providing affiliates of Planned Parenthood Houston and
Southeast Texas, Inc., to form the new umbrella organization headquartered in Houston
known as Planned Parenthood Gulf Coast, which operates the largest Planned Parenthood
abortion facility in the United States; and

WHEREAS, Planned Parenthood Gulf Coast has purchased three parcels of land on
Claiborne Avenue in New Orleans and plans to build a four million two hundred thousand
dollar, seven thousand square foot facility where they intend to perform abortions, according
to their own legislative testimony and fundraising materials; and

WHEREAS, the state of Louisiana has various economic incentive programs for
commercial construction and labor for certain businesses; and

SCR NO. 57                                                          **ENROLLED**

WHEREAS, permits for the construction of the abortion facility to be built with private funds raised by Planned Parenthood Gulf Coast on Claiborne Avenue should include plans for the sanitary disposal of human remains for the safety and welfare of Louisiana residents; and

WHEREAS, Planned Parenthood Gulf Coast also intends to provide other services including contraception and sexually transmitted disease testing that are available at public health units and at nonprofit facilities throughout Louisiana under the same Medicaid pricing structure used by Planned Parenthood; and

WHEREAS, the two current Planned Parenthood Gulf Coast clinics in New Orleans and Baton Rouge receive state and federal funding in the amount of "approximately one million dollars a year in fee-for-service Medicaid reimbursement" for non-abortion reproductive health services, according to testimony given by a Planned Parenthood Gulf Coast representative in the House Committee on Health and Welfare on May 4, 2011; and

WHEREAS, federal and Louisiana laws regulate which services are reimbursable under Medicaid and provide for the practice of employees of public or private social service agencies with regard to abortion; and

WHEREAS, R.S. 40:1299.34.5 provides that no public funds shall be used in any way for, to assist in, or to provide facilities for an abortion, except when the abortion is medically necessary to prevent the death of the mother; and

WHEREAS, R.S. 40:1299.34 provides that no person employed in any public or private social service agency, by contract or otherwise, which is a recipient of any form of government assistance shall require or recommend that any woman have an abortion; and

WHEREAS, in the Senate Committee on Health and Welfare on June 8, 2011, the Planned Parenthood Gulf Coast representative was asked, "Do the two Planned Parenthood facilities recommend abortion to any of their clients?"    The Planned Parenthood representative responded, "We do.  It's part of our comprehensive pregnancy counseling. We provide options for all available resources including . . . abortion referral if that's requested"; and

WHEREAS, two lawsuits by former employees are pending against Planned Parenthood Gulf Coast, the same organization building the New Orleans complex, alleging

up to five million dollars in Medicaid fraud pursuant to the federal "False Claims Act"; and

WHEREAS, Abby Johnson, a former Planned Parenthood employee, alleges in her false claims lawsuit that members of Planned Parenthood's key management team instructed Planned Parenthood Gulf Coast staff to provide auditors with charts that had been "fixed" regarding abortion on minor girls to ensure that "required documentation, especially with regard to parental consent and non-coercion, was included in each client file"; and

WHEREAS, disregard for parental involvement for minors and non-coercion laws endangers the health and safety of Louisiana's women and young girls and facilitates sex-trafficking, sexual tourism, and prostitution of minors; and

WHEREAS, there is a responsibility of the state of Louisiana to ensure that organizations operate in compliance with all laws, and if laws are being violated, take appropriate actions against such organizations.

THEREFORE, BE IT RESOLVED that the Legislature of Louisiana does hereby urge and request the Department of Health and Hospitals, the Division of Administration, the legislative auditor, and the office of the Inspector General to review and monitor the practices of Planned Parenthood Gulf Coast to determine whether the organization is in compliance with all state and federal laws and regulations, including but not limited to provisions concerning public funding of abortion facilities, R.S. 40:1299.34.5; the counseling or recommendation of abortion by state contractors, R.S. 40:1299.34; the mandatory reporting of child sexual abuse pursuant to Louisiana Children's Code Articles 603, 609, and 610 and R.S. 14:80, regarding felony carnal knowledge of a juvenile; parental consent for minors seeking abortion requirements, R.S. 40:1299.35.5; and the informed consent and signage requirements of R.S. 40:1299.35.5.1 and 1299.35.6.

BE IT FURTHER RESOLVED that the Legislature of Louisiana does hereby urge and request that any application for economic incentives of any kind filed by Planned Parenthood Gulf Coast or any of its abortion-providing affiliates to construct, purchase, or operate any facility, or to employ any individuals therein, be denied by the Louisiana Department of Economic Development, the Louisiana Department of Labor, or any other department, and that any application for any economic incentive filed by Planned Parenthood Gulf Coast be reported to the Senate Committee on Commerce, Consumer

**SCR NO. 57**                                                **ENROLLED**

Protection and International Affairs and the House Committee on Commerce by the department receiving such application.

BE IT FURTHER RESOLVED that the Legislature of Louisiana does hereby urge and request that the City of New Orleans Department of Safety and Permits and the permitting authority of any other city in which Planned Parenthood Gulf Coast seeks to construct or operate an outpatient abortion facility require plans for the sanitary disposal of human remains for the safety and welfare of Louisiana residents.

BE IT FURTHER RESOLVED that a copy of this Resolution be transmitted to the commissioner of the Division of Administration, the secretary of the Department of Health and Hospitals, the secretary of the Department of Economic Development, the secretary of the Department of Labor, the legislative auditor, the state inspector general, and the city of New Orleans Department of Safety and Permits.

_____
PRESIDENT OF THE SENATE

_____
SPEAKER OF THE HOUSE OF REPRESENTATIVES

# EXHIBIT C

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12    Louisiana House of Representatives
13    Health & Welfare Committee
14    HB 606
15    April 20, 2016
16
17
18
19
20
21
22
23
24
25
```

1      REP. ROBERT JOHNSON: Is there a
2  representative of Planned Parenthood here that
3  would like to testify? Because I would really,
4  really like to ask you some questions at the
5  table.
6      CHAIRMAN FRANK HOFFMAN: Okay, yeah, we
7  do have folks from Planned Parenthood.
8      REP. ROBERT JOHNSON: Is it appropriate-
9  -
10     CHAIRMAN FRANK HOFFMAN: We have two red
11  cards. Yeah, if you want to do so.
12     RAEGAN CARTER: Hi, Representative
13  Johnson.
14     REP. ROBERT JOHNSON: How are you?
15     RAEGAN CARTER: Great. How are you?
16     REP. ROBERT JOHNSON: I guess you need
17  to identify yourself for the record.
18     RAEGAN CARTER: I'm Raegan Carter,
19  Senior Director of Public Affairs and Government
20  Relations for Planned Parenthood.
21     REP. ROBERT JOHNSON: Is that Planned
22  Parenthood, the national organization?
23     RAEGAN CARTER: That is Planned
24  Parenthood of Gulf Coast that covers the state of
25  Louisiana and the Houston, Texas area.

1    REP. ROBERT JOHNSON: Could you tell us

2  about your plans for the supercenter in New

3  Orleans?

4    RAEGAN CARTER: There is no plan for a

5  supercenter in New Orleans.  Planned Parenthood

6  in Louisiana--Planned Parenthood of Gulf Coast is

7  building a new health care facility on South

8  Claiborne.

9    REP. ROBERT JOHNSON: How large is that

10  facility going to be?

11    RAEGAN CARTER: I am not the medical

12  director, so I do not have the specifics of that

13  facility. But I can talk with you about the

14  health care services that Planned Parenthood has

15  provided in Louisiana.

16    REP. ROBERT JOHNSON: Well, I want to

17  talk about the size of the clinic, because you

18  may not know the precise square footage--it is

19  public record--but it's a large facility,

20  correct, right, in relation to others around the

21  country?

22    RAEGAN CARTER: I have no idea of the

23  size of other facilities around the country.

24    REP. ROBERT JOHNSON: You're the

25  Director of Planned Parenthood for the Gulf

1  South? You don't know how large your facilities

2  are?

3              RAEGAN CARTER: I am not the Director of

4  Planned Parenthood for the Gulf South.

5              REP. ROBERT JOHNSON: Okay.

6              RAEGAN CARTER: I'm the Senior Director

7  of Public Affairs and Government Relations.

8              REP. ROBERT JOHNSON: Okay. What is the

9  projected volume of abortions that would be

10  provided at the New Orleans facility? Do you know

11  that?

12              RAEGAN CARTER: In Louisiana, we do not

13  currently have an abortions license, so I guess

14  the answer to that would be zero.

15              REP. ROBERT JOHNSON: But you have--

16  Planned Parenthood has done some projections on

17  how many abortions they would provide at the new

18  facility in New Orleans if and when they're

19  licensed to do so, correct?

20              RAEGAN CARTER: I think someone has read

21  that figure to be around 2,000, yes.

22              REP. ROBERT JOHNSON: Around 2,000

23  abortions at this new facility in New Orleans, if

24  and when you license to do so. Is that right?

25              RAEGAN CARTER: If we are licensed to do

1    so. I think that that figure was based upon

2    national calculations around need for services,

3    and not a projected model that I think you're

4    getting at, around a business model for profit.

5    It was based upon need for services.

6                     REP. ROBERT JOHNSON: So, since you

7    brought up profits--so, is it your testimony

8    today that Planned Parenthood will not profit off

9    of the 2,000 projected abortions that it will do

10   in the New Orleans facility?

11                    RAEGAN CARTER: It is my testimony today

12   that I was under the impression that I was being

13   called to the table to talk about family planning

14   services, which is what someone asked a question

15   about, the data on family planning.

16                    REP. ROBERT JOHNSON: Yes, but this bill

17   and a number of others today--I mean this bill

18   specifically is about funding for abortion. It

19   directly involves the facility that's planned for

20   New Orleans, so it's certainly relevant to the

21   testimony today, isn't it?

22                    RAEGAN CARTER: This bill is actually

23   about defunding Planned Parenthood out of

24   Medicaid services and we also--someone also

25   provided testimony already that the Hyde

1   Amendment prevents any Medicaid funding from

2   going to abortion services.

3                    REP. ROBERT JOHNSON: But again, back to

4   that question, are you saying you're not willing

5   to answer the question of whether or not Planned

6   Parenthood will profit from the 2,000 projected

7   abortions in New Orleans?

8                    RAEGAN CARTER: No, sir, that is not

9   what I said.

10                    REP. ROBERT JOHNSON: Okay.

11                    RAEGAN CARTER: What I said is I'm not

12   the appropriate person to respond to that

13   question based upon my job at Planned Parenthood.

14                    REP. ROBERT JOHNSON: Well, I'm not

15   asking you for a figure, I'm just asking you for

16   a yes or no. Are they going to profit or not?

17                    RAEGAN CARTER: I don't have that

18   answer.

19                    REP. ROBERT JOHNSON: You're familiar

20   with the video expose that made all the national

21   news, international news, several months ago

22   concerning Planned Parented and their abortion

23   provisions. Isn't that right?

24                    RAEGAN CARTER: Yes, last summer.

25                    REP. ROBERT JOHNSON: And what was your

1  reaction to that video? Do you defend what

2  Planned Parenthood has done and said that's been

3  taped and made national news on video? Do you

4  disclaim it in some way? I mean it's a serious

5  question because--

6              RAEGAN CARTER: It's a very serious

7  question and I actually appreciate the question

8  because I appreciate the opportunity to mention

9  that that video and those videos launched many,

10 many investigations, and Planned Parenthood has

11 been cleared of all wrongdoing in those

12 investigations. The company has been deemed to be

13 a fake company and they have been indicted in

14 Texas and on multiple federal investigations and

15 counts for those videos.

16             REP. ROBERT JOHNSON: And they'll be

17 cleared of all those investigations. But let's

18 not talk about the people who made the video.

19 Let's talk about the people who are in the video

20 and testifying that they were profiting off the

21 sale of baby body parts. Isn't that right?

22             RAEGAN CARTER: That is what the videos

23 tried to say. The reality of what the videos

24 have--all of the information and the

25 investigations have talked about is that those

1  videos we're talking about, fetal tissue

2  donation, which is legal in this country. Many

3  research groups, many hospitals have participated

4  in fetal tissue research. Fetal tissue research

5  has been known to find treatments for cancer,

6  other immunizations. And so those videos were

7  about that. The videos were edited to demonstrate

8  things that we were not talking about as an

9  organization.

10           The fees that were mentioned were fees

11  for transportation of fetal tissue donation, and

12  those fees are legal in this country. And after

13  those videos, Planned Parenthood also made a

14  decision to no longer accept reimbursement for

15  transportation. Planned Parenthood national

16  organization or across the state has never

17  profited from the sale of baby body parts.

18           REP. ROBERT JOHNSON: But--okay, say

19  that last part again?

20           RAEGAN CARTER: Planned Parenthood in

21  this country has never profited from, in your

22  words, baby body parts--

23           REP. ROBERT JOHNSON: Mm hmm.

24           RAEGAN CARTER: --has never profited

25  from fetal tissue donation.

1           REP. ROBERT JOHNSON: Well, I'm not

2    talking about fetal tissue donation. I'm talking

3    about baby body parts--

4           RAEGAN CARTER: But the answer to the

5    question is no. Planned Parenthood has never

6    profited from that because Planned Parenthood

7    does not do that.

8           REP. ROBERT JOHNSON: So, you're

9    disclaiming all of the video--

10          RAEGAN CARTER: I am.

11          REP. ROBERT JOHNSON: --that was made

12   public, and that all of us watched play out on

13   the national news, that was all made up and

14   manufactured?

15          RAEGAN CARTER: They were highly edited

16   and those guys have been indicted. With all due

17   respect, Representative Johnson, I would really

18   like to ask the questions that I thought you

19   called me to the table--

20          REP. ROBERT JOHNSON: These are very--

21          RAEGAN CARTER: --and that is about

22   Planned Parenthood services.

23          REP. ROBERT JOHNSON: We ask the

24   questions here. These are very relevant to us as

25   lawmakers because we're talking about inviting

1  your organization into our state, and I have

2  serious concerns about your organization,

3  nationally and in the Gulf Coast region because

4  of the very clear evidence, to all of us, of

5  their past practices. I don't think that that is

6  something we need in Louisiana, and this bill is

7  seeking to defund that organization for what I

8  think is very valid reasons.

9                    Now, you can disclaim all the videos

10  and say that they were over-edited, but I think

11  everyone can make up their own minds. Have you

12  seen all the videos that were released yourself?

13  Have you watched those videos?

14                    RAEGAN CARTER: Yes.

15                    REP. ROBERT JOHNSON: You've seen every

16  one of them?

17                    RAEGAN CARTER: Not every one of them,

18  but I've watched some of them.

19                    REP. ROBERT JOHNSON: Well I've seen

20  them all and it's very compelling and, to me,

21  very frightening that we might have that kind of

22  thing going on in Louisiana. Well, we could do

23  this all day. I don't mean to beat up on you,

24  okay?

25                    RAEGAN CARTER: No, it's okay.

1            REP. ROBERT JOHNSON: I appreciate you

2  for--

3            RAEGAN CARTER: Mm hmm.

4            REP. ROBERT JOHNSON: --for coming in.

5  But I don't personally regard Planned Parenthood

6  to be a good corporate citizen, based upon their

7  practices. I don't think we need that in

8  Louisiana and that's one of the reasons I support

9  this bill. But I'll yield to questions because

10  I'm sure every light is lit.

11            RAEGAN CARTER: May I respond to you,

12  Representative Johnson?

13            REP. ROBERT JOHNSON: Please.

14            RAEGAN CARTER: I am not trying to say

15  that if those videos were true that there should

16  not be concern. But I'm saying that the videos

17  were highly edited, that they have been deemed

18  fake. The organizations have been indicted. And

19  in the state of Louisiana, Planned Parenthood is

20  a highly trusted, qualified healthcare provider.

21  We have been passed, we've been audited, we have

22  been found of no wrongdoings for Medicaid. And

23  this bill is about defunding Planned Parenthood

24  out of Medicaid. The Center for Medicare and

25  Medicare services sent a letter yesterday,

1  talking about this exact type bills that are

2  popping up in other parts of this country are

3  unlawful.

4              And so, I wanted to be really clear

5  what this bill is about. It is about defunding

6  Planned Parenthood from Medicaid services. CMS

7  also said that this is taking away choice for

8  women to be able to go to the provider of their

9  choice. And right now, we have about 9,000

10  Medicaid patients that have chosen to come to

11  Planned Parenthood for the services that we

12  provide.

13              I think it was Representative Cox that

14  also mentioned the rates of HIV and STDs in this

15  state. And I think that removing any provider

16  that is taking care of those needs for people in

17  this state will only put Louisiana at a higher

18  healthcare crisis than we are right now.

19              REP. ROBERT JOHNSON: If you're doing

20  all that wonderful work in Louisiana, why do you

21  need a new abortion supercenter in New Orleans?

22              RAEGAN CARTER: I think I responded to

23  that. We're building a healthcare facility in--

24              REP. ROBERT JOHNSON: Okay.

25              RAEGAN CARTER: --in New Orleans.

1          REP. ROBERT JOHNSON: But to provide

2   2,000 projected abortions per year in our state.

3          RAEGAN CARTER: We're building a

4   healthcare center in New Orleans to be able to

5   provide more services than we're currently

6   providing, because right now there is a limited

7   capacity for healthcare services for people in

8   this state.

9          REP. ROBERT JOHNSON: Fair enough.

10          RAEGAN CARTER: Thank you.

11          CHAIRMAN FRANK HOFFMAN: Next up, we do

12   have Mr. Hunt. If you'll identify yourself, and

13   you said that you do want to make comment.

14          DARRYL HUNT: I'm Darryl Hunt. I'm here

15   today on behalf of the Louisiana Progress Action

16   Committee, and I also represent Planned

17   Parenthood.

18          My, my, my, what a difference a day

19   makes. I heard some really stirring rhetoric and

20   lofty sentiments expressed yesterday afternoon

21   about respect of religious differences, tolerance

22   for differences in religious convictions. I was

23   stirred. It was great.

24          This issue's not about healthcare

25   today. That's not what we're talking about. We

1  talking about differences of opinion and

2  religious convictions. What a difference a day

3  makes. Thank you.

4                CHAIRMAN FRANK HOFFMAN: Representative

5  Jackson [UNINTEL] question.

6                REP. KATRINA JACKSON: Mr. Hunt?

7                DARRYL HUNT: Yes, ma'am.

8                REP. KATRINA JACKSON: I'll start with

9  you first. You made somewhat of a challenging,

10  yet--I guess it may be a compelling--argument

11  about religious liberties. But there are a lot of

12  atheists in the state of Louisiana who had babies

13  out of wedlock. And so, I'm not sure of whether

14  or not to have an abortion is solely based on

15  someone's religious belief. I mean we would have

16  to--and tell me if I'm wrong--we would have to

17  jump over and just accept the theory that

18  everyone who decides not to have an abortion

19  doesn't respect life. I mean we would have to say

20  that atheists and others who are not Christians

21  don't respect life.

22                So, I'm not sure how this becomes a

23  religious liberty argument. Unless we're saying--

24  are we saying now that the committee is to

25  assume...

1   DARRYL HUNT: Are you saying there's a
2   lot of atheists in Louisiana, Representative?
3   REP. KATRINA JACKSON: There are some
4   atheists in Louisiana.
5   DARRYL HUNT: Are there many?
6   REP. KATRINA JACKSON: Fortunately,
7   they're not in my district. I only know of one.
8   But he has a child and I talk to him and I open
9   my doors to him. And he has a family, and that
10  says to me that he respects life.
11  I'm saying that we would have to make
12  the assumption that in order to support abortion,
13  or in order to respect life, you would have to be
14  a Christian. In order to not respect life, you
15  would have to be an atheist to make this into a
16  religious liberty argument. And I've seen
17  atheists--I've at least known one who has a
18  family and has kids and he's raising them and
19  paying for them, who respects life. He had his
20  child.
21  And I'm confused on how we jump to a
22  religious liberty argument because there has to
23  be a whole lot of assumptions made in between
24  that to say this is about religious liberty. And
25  one assumption would be that atheists don't

1  respect life. I've not heard testimony in any

2  committee that states that.

3              DARRYL HUNT: Representative, may I

4  suggest that you do a quick survey of the room

5  and ask who's here in opposition or in support of

6  this bill based on their religious convictions?

7              REP. KATRINA JACKSON: I'm sure there

8  are some. And then I'm sure there are others are

9  here in support of this bill who probably don't

10  have religious convictions. They just respect

11  life.

12              DARRYL HUNT: Ask?

13              REP. KATRINA JACKSON: And I'm sure--I

14  know at least one atheist in the state of

15  Louisiana that respects life. And so I'm just

16  curious how we jump to that because I don't think

17  the issue of abortion--for some it's about

18  religious beliefs. For some it's about just the

19  respect for life. For some it's about that it's

20  some--it's a child they created and they could

21  never think of giving it away.

22              For some it's about the right to

23  adoption. There are a lot of couples in the state

24  of Louisiana who can't have a child, regardless

25  if they're Christian or not, who would love to

1  have an opportunity to adopt a child. So, some

2  are advocates of adoption. There are a variety of

3  reasons why people either support or don't

4  support abortion. And your broad statement would

5  make us jump over all of those reasons and say

6  you have to be a Christian to support life.

7               DARRYL HUNT: I didn't say that.

8               REP. KATRINA JACKSON: Well, when you

9  say that it's a religious liberty argument, there

10 are Christians and there are non-Christians.

11              DARRYL HUNT: Are you denying that it is

12 a religious liberty argument for many people?

13              REP. KATRINA JACKSON: For some it is.

14              DARRYL HUNT: For most people?

15              REP. KATRINA JACKSON: I stated that it

16 is.

17              DARRYL HUNT: For most people?

18              REP. KATRINA JACKSON: I don't know if

19 for most. For me it is, and I'm not ashamed to

20 say that. I've never been ashamed to say that. I

21 really haven't.

22              CHAIRMAN FRANK HOFFMAN: Please hold

23 your applause. Please hold your applause.

24              REP. KATRINA JACKSON: Never been

25 ashamed to say that. But I know for others there

1  are other reasons why they don't support

2  abortion. And when I'm representing constituents,

3  I have to take all of that into consideration,

4  and a number of people on this committee do as

5  well. And it just concerned me that it came down

6  to a religious liberty argument. I think we would

7  have to ask every individual that supports or

8  doesn't support abortion why they don't to come

9  to--we may have to do a survey.

10                   What I'm saying to you is that without

11  a survey being done, a state-wide survey, your

12  testimony to this committee--and you represent

13  Planned Parenthood--is erroneous and not fact-

14  based, not evidence-based.

15                   DARRYL HUNT: Really?

16                   REP. KATRINA JACKSON: Unless you've

17  done a survey. Did Planned Parenthood do a survey

18  that we don't know about? And I can only speak

19  for Katrina Jackson. For Katrina Jackson, it is a

20  religious liberty argument. But for others, it's

21  the child's right to life. It's the ability to

22  adopt.

23                   DARRYL HUNT: And that's not a religious

24  conviction.

25                   REP. KATRINA JACKSON: The child's right

1   to life may not be. Some atheists believe in

2   life. They just believe it was created in another

3   way.

4               DARRYL HUNT: Right.

5               REP. KATRINA JACKSON: They don't

6   believe in creationism.

7               DARRYL HUNT: Right. And I have respect

8   for those opinions and convictions.

9               REP. KATRINA JACKSON: Right. And so

10  some of it is not a religious--

11              DARRYL HUNT: And tolerance for them

12  too.

13              REP. KATRINA JACKSON: Right. And some

14  of it is not a religious conviction. But my

15  questions--

16              DARRYL HUNT: And I respect that as

17  well.

18              REP. KATRINA JACKSON: Yes. But my

19  questions now are going to point toward the bill.

20  I asked the young ladies who talked about an

21  access to healthcare issue and my question is

22  this. If you do not--I understand that Planned

23  Parenthood is building a facility that would,

24  amongst other things, as the testimony has been

25  stated today, provide abortions. If you are not

1  receiving Medicaid dollars in this state, would

2  you still provide abortions in this state?

3              RAEGAN CARTER: Representative Jackson,

4  may I correct something in your question first?

5              REP. KATRINA JACKSON: Oh, yeah.

6              RAEGAN CARTER: Planned Parenthood

7  receives Medicaid reimbursement based on the

8  patients that come to us for the services that

9  receive. So, we are not receiving state funding

10  as like a blanket state funding--

11              REP. KATRINA JACKSON: Right.

12              RAEGAN CARTER: --per month. So, I just

13  wanted to say that it's Medicaid reimbursement.

14              REP. KATRINA JACKSON: Yes.

15              RAEGAN CARTER: In terms of our plans

16  for the facility in New Orleans, I also want to

17  say that right now, Planned Parenthood has no

18  abortion license in this state, so we are not an

19  abortion provider in the state of Louisiana.

20              REP. KATRINA JACKSON: I know that--

21              RAEGAN CARTER: I'm not sure what the--

22              REP. KATRINA JACKSON: --they're

23  currently not, but isn't that the plan to be?

24              RAEGAN CARTER: That is something that

25  is being discussed, yes.

1    REP. KATRINA JACKSON: So you guys never

2  applied for a license with the state?

3    RAEGAN CARTER: Yes, we did.

4    REP. KATRINA JACKSON: Okay, so that's

5  what I'm saying. So you plan to have abortions.

6  You were denied a license but--

7    RAEGAN CARTER: [UNINTEL]--

8    REP. KATRINA JACKSON: --or it's on hold

9  or something, is that it?

10    RAEGAN CARTER: What I'm think you right

11  now is I cannot say definitively yes or no that

12  we would reapply for an abortion license in this

13  state. And I think that's what you're asking me,

14  so I cannot say definitively yes or no to that

15  question.

16    REP. KATRINA JACKSON: And my question

17  is this. If you did not receive Medicaid

18  reimbursement for patients who receive other

19  services, would that factor into whether or not

20  Planned Parenthood would provide abortions in the

21  state? Does the decision of the state to give or

22  not give you Medicaid reimbursement factor in

23  your decision to provide abortions?

24    RAEGAN CARTER: With all due respect,

25  Representative Jackson, the state of Louisiana

1   cannot determine whether or not Planned

2   Parenthood receives Medicaid reimbursement. The

3   federal government makes those decisions and the

4   federal government has also said that it is

5   unlawful to remove a provider.

6                   REP. KATRINA JACKSON: I understand.

7                   RAEGAN CARTER: In terms of how Planned

8   Parenthood operates, our family planning services

9   and abortion services are provided by two

10  different entities. And so those services would

11  not be connected and the Medicaid reimbursement

12  would not apply to any abortion licenses or

13  services because federal government already

14  prohibits that.

15                  REP. KATRINA JACKSON: All right. But

16  it's your testimony that Medicaid--whether you

17  receive Medicaid reimbursement are not, does not

18  hinge upon whether you provide abortion services

19  or not?

20                  RAEGAN CARTER: My testimony is that I

21  cannot answer any questions at this time relative

22  to whether or not we will or will not apply for

23  an abortion license or reapply in this state.

24                  REP. KATRINA JACKSON: And that's what

25  my question--I understand that you've applied

1    once.

2                    RAEGAN CARTER: Mm hmm.

3                    REP. KATRINA JACKSON: My question is

4    this--this is from an operational standpoint--

5    does whether or not you receive Medicaid

6    reimbursement bear on your decision to provide

7    abortions?

8                    RAEGAN CARTER: The reason why I'm

9    having difficulty answering your question--I

10   certainly don't want any member of this committee

11   or anyone in this room to think that I'm trying

12   to avoid the question--your question is implying

13   to me-- unless I'm misunderstanding--that

14   Medicaid reimbursement is connected to abortion

15   services. And they're not connected, and so I

16   cannot answer that question.

17                   REP. KATRINA JACKSON: I'm not implying

18   that. We've heard testimony that taking Medicaid

19   reimbursement funds or suggesting that Medicaid

20   reimbursement funds should not be given to any

21   abortion provider hinders access to care as it

22   relates to abortions. And from what I'm hearing

23   today from your testimony--you're representing

24   Planned Parenthood--that that is not the case.

25                   RAEGAN CARTER: That is correct because-

Page 24

1   -

2                   REP. KATRINA JACKSON: Okay.

3                   RAEGAN CARTER: --Medicaid reimbursement

4   applies to family planning services. They apply

5   to contraceptive services, HIV testing, STD

6   testing. They do not apply to abortion services.

7                   REP. KATRINA JACKSON: Thank you.

8                   CHAIRMAN FRANK HOFFMAN: And I would

9   like to remind the audience that we need to

10  maintain decorum and the need to prohibit from

11  applause or excessive noise in the audience.

12  Thank you.

13                  And next, ma'am, identify yourself,

14  please?

15                  MICHELLE ERENBERG: Thank you. Thank

16  you Chairman Hoffman. My name's Michelle Erenberg

17  and I'm within National Council of Jewish Women.

18  I put in a card in opposition to this bill and

19  checked the box that I did not intend to speak.

20  However, the line of questioning about religious

21  freedom and religious point of views and how they

22  play into this really compelled me to come to

23  this table.

24                  This bill and several of the bills that

25  are on the agenda today are based on model

1  legislation by Americans United for Life, which

2  is very clearly an organization that is motivated

3  by and organized by the religious community in

4  opposition to abortion services, and in many

5  cases, birth control access.

6              So, I--you know, I'm sad that

7  Representative Jackson had to get up from her

8  seat to hear what I had to say about that. But

9  fundamentally, many of us that are religious are

10  from the faith-based community, that do oppose

11  this bill. We oppose it because we fundamentally

12  believe that legislation dictating how women can

13  or can't access healthcare should not be drafted,

14  introduced, discussed and passed by people that

15  have one religious point of view, because it

16  discounts the religious point of view of other

17  people. And these decisions about healthcare

18  access should be based on an individual's point

19  of view.

20              When we pass legislation and enshrine

21  it into law, we are imposing one particular

22  religious point of view onto every single woman

23  in the state of Louisiana. And fundamentally, we,

24  the National Council of Jewish Women and the more

25  than 1,000 women in Louisiana, women and men from

1  the Jewish community in Louisiana that we

2  represent--we fundamentally believe that the

3  state has no business imposing one religious

4  point of view, especially on healthcare

5  decisions, on all of the women in Louisiana. And

6  that's all I wanted to say about that.

7             CHAIRMAN FRANK HOFFMAN: Representative

8  LeBas, do you have a question? Okay.

9             REP. H. BERNARD LEBAS: Thank you Mr.

10 Chairman. First of all, I'd asked earlier if

11 somebody from Planned Parenthood was here and

12 would be able to answer questions and no one came

13 down. I'm glad you all did.

14             In your respect with your organization

15 to say that it's one group of religious people

16 that are making this decision, the ones who are

17 making this decision are people who were elected

18 from across the state. It's not one group. It's

19 like all of the decisions we made are made by

20 people elected individually. It has nothing to do

21 with we're just going to elect one group of

22 religious people. We had some of all faiths, I

23 believe, serving in this building. So, that's not

24 what you're getting is one point of view. You're

25 getting the same thing that we have to vote on

1  every day individually, not as a group.

2           MICHELLE ERENBERG: I understand,

3  Representative LeBas. And let me just clarify. I

4  did not mean--I'm sorry if I misspoke or was

5  misunderstood. I did not mean that it was one

6  religion. I meant a point of view that was

7  grounded in a religious belief.

8           REP. H. BERNARD LEBAS: I believe all of

9  us live with that every day. Our religious

10 beliefs reflect how we live.

11          MICHELLE ERENBERG: Exactly. And those

12 are individual decisions that we make. They guide

13 our individual behavior. They should not be part

14 of government policy dictating whether or not we

15 actually have the ability to make a decision

16 based on our own religious point of view.

17          REP. H. BERNARD LEBAS: I believe in the

18 Constitution of the United States we have freedom

19 of religion. And I believe that's part of it. And

20 it's just that's the people who are elected are

21 the ones expressing their points of view, and a

22 lot of it does have to do with a religious

23 upbringing. And I can't help that. But it's not

24 just that that's making decisions over here. That

25 I wanted to make clear. It's not strictly a

1   religious decision for a lot of people.

2                    Now I'd like to ask another question

3   that I was interested in. Do you know what is the

4   cost that you're charged for abortions?

5                    RAEGAN CARTER: Representative LeBas,

6   first, before I speak on behalf of Planned

7   Parenthood, since we're having the conversation

8   about religion and faith, my personal privilege

9   is to acknowledge to this committee that I am a

10  Christian. And so, I share in a religious belief.

11  My religious belief also carries a step further

12  in that I do believe that a part of caring for

13  people in this state is to ensure that they have

14  access to the health care that they need. That is

15  my personal statement and not a Planned

16  Parenthood statement.

17                    In terms of Planned Parenthood, we are

18  not currently an abortion provider in the state

19  of Louisiana, so there is no cost associated

20  because we don't provide that service.

21                    REP. H. BERNARD LEBAS: All right. What

22  about in other states, what do you all charge

23  where you do perform abortions?

24                    RAEGAN CARTER: I honestly have no idea.

25  I'm sure we can look that up somewhere, but I

1  don't have that information in front of me today.

2                    REP. H. BERNARD LEBAS: Can you get that

3  for me please?

4                    RAEGAN CARTER: I can. Would you like

5  for me to email it to you or...

6                    REP. H. BERNARD LEBAS: Send it.

7                    RAEGAN CARTER: Okay. I will do my very

8  best to get that information.

9                    REP. H. BERNARD LEBAS: I would

10 appreciate that. And in line of using the

11 Medicaid funding for it--and you say anyway it

12 doesn't pay for abortions--the funding does give

13 a cash flow, a stream, to operate a business and

14 pay its bills on where abortions are being

15 performed. Although they're not being paid for by

16 Medicaid for a particular item, saying submit a

17 bill to Medicaid if on abortion, that's not what

18 you're doing. But the overhead that allows the

19 business to operate is being paid from Medicaid

20 funding. So, to me, in some respects that means

21 Medicaid funding is going towards helping these

22 abortions.

23                    RAEGAN CARTER: I can certainly see how

24 you would assume and interpret it that way. There

25 is national research out there and research in

1  this state that talks about how the current

2  Medicaid reimbursement rates actually barely pay

3  for the services that the women are receiving.

4              REP. H. BERNARD LEBAS: That's why I

5  want to know the cost of the abortions because

6  when we had this discussion previous times before

7  this committee, I'd asked the same question and

8  it came out that looked like the profit margin

9  was gotten all from the abortions. So it was in

10  their favor to encourage, I was afraid, people to

11  have abortions instead of discourage them and to

12  work with other items such as adoption.

13              RAEGAN CARTER: Well, I--

14              REP. H. BERNARD LEBAS: That is good

15  women's health.

16              RAEGAN CARTER: I cannot speak to the

17  data that you're speaking of, but I will

18  certainly get whatever information that I can to

19  you. I can speak to that at Planned Parenthood

20  health centers, we are talking with women about

21  all of the options that are available to them and

22  adoption, maintaining a healthy pregnancy, all of

23  those things are a part of reproductive health

24  care.

25              REP. H. BERNARD LEBAS: Yes, ma'am. And

1   I understand that. But if you're using the profit

2   from the abortion to keep the clinic open,

3   sometime they'd lend--I'm afraid they may tend to

4   tell the people that that's the way to go.

5              RAEGAN CARTER: In Louisiana, since were

6   not an abortion provider, again, I can't speak to

7   that. But I can speak that as a national

8   organization, Planned Parenthood is not

9   encouraging women to make any decisions. We are

10  encouraging women to make their own decisions

11  because those decisions are personal and should

12  be between that woman, her family, her doctor,

13  and her own faith.

14             REP. H. BERNARD LEBAS: If you're saying

15  that, I understand that, but previous testimony

16  in other times we had someone who worked there

17  and they said they were encouraged to recommend

18  that they get abortions.

19             RAEGAN CARTER: As long as we're clear

20  that that was not me.

21             REP. H. BERNARD LEBAS: I got--

22             RAEGAN CARTER: And that was not

23  official testimony from Planned Parenthood.

24             REP. H. BERNARD LEBAS: Yes, ma'am.

25  Thank you.

1    RAEGAN CARTER: Thank you.

2    CHAIRMAN FRANK HOFFMAN: We have a

3  question from Representative Miller, and it's

4  going to be his first opportunity, so if you

5  will, Representative Miller.

6    REP. DUSTIN MILLER: Thank you, Mr.

7  Chairman. Ms. Raegan, what is your position at

8  Planned Parenthood?

9    RAEGAN CARTER: I'm the Senior Director

10  of Public Affairs and Government Relations.

11    REP. DUSTIN MILLER: Okay. Who's the

12  owners of Planned Parenthood in Louisiana?

13    RAEGAN CARTER: I'm not sure of your

14  question. Who is the...

15    REP. DUSTIN MILLER: Owns--is this a

16  private entity? Is this--

17    RAEGAN CARTER: Planned Parenthood is a

18  nonprofit organization. We are a part--in

19  Louisiana we are part of the Planned Parenthood

20  Gulf Coast affiliate, and our CEO is Melanie

21  Linton, and she's in Houston.

22    REP. DUSTIN MILLER: But she didn't

23  think it was important for her to be here today

24  to answer our questions?

25    RAEGAN CARTER: I certainly would think

1   that she--I can't even say that I think--I
2   certainly know that she knows that these
3   processes are important. She is the CEO of our
4   affiliate. She was not aware that she would be
5   needed to call to the table today.
6                    REP. DUSTIN MILLER: She was opposing
7   the bill?
8                    RAEGAN CARTER: I'm sorry?
9                    REP. DUSTIN MILLER: What she opposing
10  this bill?
11                   RAEGAN CARTER: I am representing the
12  organization today, so the organization is
13  opposing this bill.
14                   REP. DUSTIN MILLER: My concern is you
15  have hundreds of people here in support of this
16  bill. This company is the company that would like
17  to do abortions, but yet they could not come to
18  the table and answer our questions and voice
19  their concerns. But they're okay. You came
20  towards the end, but we had to ask several times
21  were there representatives here before we can get
22  our questions answered.
23                   I do--I'm against abortions, but I do
24  believe you guys offer a lot of services that are
25  in need in this area. I do believe that.

1    RAEGAN CARTER: Thank you for that.

2    REP. DUSTIN MILLER: But you can't even

3    answer some questions about the business model.

4    Representative here asked about abortions in New

5    Orleans. Some things, you said, well, you

6    couldn't answer. So, my question and my concern

7    is why aren't they at the table if they want to

8    do abortions here in Louisiana?

9    RAEGAN CARTER: So--

10    REP. DUSTIN MILLER: Where are the

11    providers--I'm sorry. I don't mean to cut you

12    off.

13    RAEGAN CARTER: No, that's okay.

14    REP. DUSTIN MILLER: Where are the

15    providers, where are the doctors, where are the--

16    whoever is going to be doing this care, where are

17    they? Why can't they defend why they think women

18    should get abortions in Louisiana?

19    RAEGAN CARTER: So, I have multiple

20    answers if that's okay.

21    REP. DUSTIN MILLER: Yes.

22    RAEGAN CARTER: The first answer on

23    where are our providers, our providers are

24    currently in the clinic providing care and so

25    they were not off today because they're in the

1  health center providing services.

2                    In terms of our CEO, she certainly sees

3  all of these processes as important because this

4  bill was around defunding Planned Parenthood from

5  Medicaid and speaking to the Medicaid services

6  that we provide, I was unaware that there would

7  be questions about abortion licensing and

8  abortion services because those things are not in

9  this bill. And so certainly, if we thought that

10  those questions would come up, we would have been

11  prepared to answer those questions.

12                    REP. DUSTIN MILLER: But you didn't

13  think abortion questions were going to come up

14  today?

15                    RAEGAN CARTER: I am not saying that I

16  didn't think abortion questions would come up,

17  because certainly, this is a defunding attack

18  against Planned Parenthood. But we were under the

19  impression that we would stick to the bill, and

20  this bill is about Medicaid funding.

21                    REP. DUSTIN MILLER: Can you--

22                    RAEGAN CARTER: And since Medicaid

23  funding cannot pay for abortion services, we're

24  not thinking that abortion would come up in this

25  bill.

1    REP. DUSTIN MILLER: Can you explain to

2 everyone what other services Planned Parenthood

3 offers besides--let's get off of abortion.

4    RAEGAN CARTER: I would appreciate that,

5 Representative Miller.

6    REP. DUSTIN MILLER: Please, yes. Tell

7 us all the things you offer.

8    RAEGAN CARTER: Certainly. Currently, in

9 Louisiana, Planned Parenthood provides well-woman

10 exams. That includes pap smears and cervical

11 cancer screenings. We provide family planning

12 services that include contraceptive care, HIV

13 testing, and if you test positive for HIV, we'll

14 make sure that you're referred to the next step

15 in the process to receive your treatment. And we

16 also provide STD testing. And if you test

17 positive for STDs, you are treated in our

18 facility.

19    REP. DUSTIN MILLER: And did say you

20 treat over 9,000 patients I think I heard you say

21 earlier?

22    RAEGAN CARTER: We had about 16,000

23 visits to our health centers last year. Some of

24 those patients came back to us multiple times for

25 multiple services. Unfortunately, sometimes in

1  this state, people are diagnosed with STDs more

2  than one time, because they're not receiving

3  proper sex education. And so as a whole, we had

4  about 9,000 patients, but about 6,000 visits.

5                REP. DUSTIN MILLER: Two more questions.

6                RAEGAN CARTER: Yes, sir.

7                REP. DUSTIN MILLER: You said the

8  federal government say something about this bill

9  is unlawful.

10                RAEGAN CARTER: Yes.

11                REP. DUSTIN MILLER: Is that proven? Has

12  that been to court already?

13                RAEGAN CARTER: Yes. And I have the

14  direct letters from the Center for Medicaid

15  Services if I can stand up and hand it to you.

16                RAEGAN CARTER: Yes, that would be--you

17  can give it to me after. I guess my final

18  question is, you guys are undecided if you're all

19  going to do the abortion. Well, you all applied

20  for the license. Did it get approved?

21                RAEGAN CARTER: The license was denied

22  and we have not made any full decisions on

23  whether or not we would reapply at this moment. I

24  cannot speak to that.

25                REP. DUSTIN MILLER: Well, the license

1  was denied, but you guys are going to still

2  practice in Louisiana, minus doing abortions?

3  RAEGAN CARTER: Right now, in Louisiana

4  we are going to continue to provide all of the

5  family planning and healthcare services that I

6  mentioned. Yes, sir.

7  REP. DUSTIN MILLER: Okay. Darryl, you

8  came back. You have something to say?

9  DARRYL HUNT: Darryl Hunt again, Mr.

10  Chairman and members of the Committee.

11  You know, I can't recall the last time

12  it was stated in this Committee when debating a

13  bill relating to this issue that we need to

14  remind ourselves that this is not just a personal

15  preference or even a matter of religious

16  conviction. This is something that has been

17  regarded as a constitutional right for 43 years.

18  And Representative Johnson often says he's a

19  legal scholar of religious liberty and what have

20  you, so I know he knows that regardless of

21  whether or not that is in our Constitution,

22  written in our Constitution, that the Supreme

23  Court is the final arbiter of this. Is that not

24  correct, Representative?

25  REP. DUSTIN MILLER: I'm not an

1   attorney. I'm going to turn my light off and you

2   and him can talk.

3               DARRYL HUNT: And you know, perhaps

4   there will come a day when the Supreme Court

5   changes its mind on this issue, but until then,

6   this is no different than your right to bear

7   arms, your right to free speech, your right to

8   practice the religion of your choice. It's no

9   different. And that just needs to be said. We may

10  disagree with it, but it must be said.

11              And so, no one should have to be down

12  here defending whether or not abortion is right

13  or legal. It is regarded as a constitutional

14  right.

15              CHAIRMAN FRANK HOFFMAN: Thank you, Mr.

16  Hunt. And Representative Horton, do you have a

17  question?

18              REPRESENTATIVE DODIE HORTON: When you

19  mentioned the bill that was carried--the Pastor

20  Protection Act that was carried yesterday,

21  Representative Johnson, that passed the house, 80

22  ayes and 18 nays, is totally separate from this

23  today.

24              What we're talking about is whether we

25  choose--our districts that we represent choose to

Page 40

1  use our state dollars to fund something that the

2  majority of our citizens don't believe in. I'm

3  here to represent District 9, Bossier Parish. We

4  support this bill that our Governor has brought

5  to the table. I support his efforts. And that's

6  what we need to stay focused on, our state

7  dollars funding a procedure that we object to. My

8  parish objects. That's why I support this bill.

9  Thank you, sir.

10          CHAIRMAN FRANK HOFFMAN: Thank you. And

11  Representative Johnson, we're going to

12  acknowledge you again, if you can wrap it up.

13          REP. ROBERT JOHNSON: I'll be very

14  brief. No one here--if you listen to the

15  testimony and the exchanges earlier, no one is

16  saying that this bill would make abortion illegal

17  in Louisiana. That's not what the legislation is.

18  It's about defunding the procedure because that's

19  the right and the will of the people of the

20  state, through their elected representatives and

21  a constitutional republic. That's how that works.

22  If you don't like it, elect people who agree with

23  you. But we're going to advance the public policy

24  of this state.

25          I have one more question for Planned

1    Parenthood. How many facilities does Planned

2    Parenthood operate in the state of Louisiana?

3                    RAEGAN CARTER: Two.

4                    REP. ROBERT JOHNSON: And how many in

5    Texas? Do you know?

6                    RAEGAN CARTER: I don't. I'm sorry.

7                    REP. ROBERT JOHNSON: More than two?

8                    RAEGAN CARTER: Yes.

9                    REP. ROBERT JOHNSON: Planned Parenthood

10   Golf Coast covers how many states?

11                   RAEGAN CARTER: Portions of Houston,

12   Texas area and Louisiana, so two.

13                   REP. ROBERT JOHNSON: Just two states?

14                   RAEGAN CARTER: Mm hmm.

15                   REP. ROBERT JOHNSON: So--

16                   RAEGAN CARTER: And not the entire state

17   of Texas.

18                   REP. ROBERT JOHNSON: Okay. Has Planned

19   Parenthood ever been investigated for Medicaid

20   fraud in the state of Texas or Louisiana?

21                   RAEGAN CARTER: In both.

22                   REP. ROBERT JOHNSON: And how did that

23   turn out?

24                   RAEGAN CARTER: In Louisiana, which is

25   the only state that I can speak to, there were no

1   findings.

2              REP. ROBERT JOHNSON: I thought you said

3   you were the Director for Public Affairs and

4   Government Relations for Planned Parenthood Gulf

5   Coast, which covers Texas and Louisiana, right?

6              RAEGAN CARTER: I'm the Senior Director

7   of Public Affairs and Government Relations for

8   Planned Parenthood Golf Coast, but only in

9   Louisiana.

10             REP. ROBERT JOHNSON: Okay. Are you

11  aware--

12             RAEGAN CARTER: I have a counterpart in

13  Texas.

14             REP. ROBERT JOHNSON: Okay. Well,

15  they're not here today, but are you aware--I'm

16  sure you are--that in Texas they had to pay a

17  $1.4 million settlement for Medicaid fraud,

18  taxpayer funded Medicaid dollars that were

19  fraudulently obtained by Planned Parenthood in

20  Texas? Is that right?

21             RAEGAN CARTER: Correct. And

22  Representative Johnson, may I add something to

23  that?

24             REP. ROBERT JOHNSON: Sure.

25             RAEGAN CARTER: I am sure, since you are

1   an attorney, that you are also aware that a

2   settlement is not an admission of guilt.

3               REP. ROBERT JOHNSON: And I'm sure that

4   was made a part of the documentation. But are you

5   aware that Karen Reynolds, who was the

6   whistleblower in that case, claims that the

7   fraudulent practices were present at all the

8   Planned Parenthood Golf Coast clinics, including

9   the two facilities in Louisiana?

10              RAEGAN CARTER: I can honestly say I was

11  not aware that she said that. But I can also

12  honestly say that we were audited in the state of

13  Louisiana and there were no findings.

14              REP. ROBERT JOHNSON: Are you aware of

15  how many matters of fraud Planned Parenthood has

16  been investigated for around the country?

17              RAEGAN CARTER: I am not.

18              REP. ROBERT JOHNSON: I'll get you that

19  information.

20              RAEGAN CARTER: Thank you. Is there such

21  thing as closing arguments at this table?

22              REP. ROBERT JOHNSON: No.

23              CHAIRMAN FRANK HOFFMAN: Thank you,

24  Representative Johnson. We do have numerous red

25  cards in opposition. I'm not going to read them

1   in the record. They're too voluminous. But we

2   will make them a part of the records for the

3   public's consideration.

4              And also we do, if--and thank you for

5   your testimony ladies.

6              RAEGAN CARTER: Thank you.

7              MICHELLE ERENBERG: Thank you.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Gotham Transcription states that the preceding

2    transcript was created by one of its employees

3    using standard electronic transcription equipment

4    and is a true and accurate record of the audio on

5    the provided media to the best of that employee's

6    ability. The media from which we worked was

7    provided to us. We can make no statement as to

8    its authenticity.

9

10                   Attested to by:

11

12

13                   Sonya Ledanski Hyde

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT D



**John Bel Edwards**
GOVERNOR

**Rebekah E. Gee MD, MPH**
SECRETARY

# State of Louisiana
## Louisiana Department of Health
### Health Standards Section

June 13, 2017

Ms. Melaney A. Linton, President & CEO
Ms. Jacqueline Krugler, Administrator
Planned Parenthood Center for Choice
4600 Gulf Freeway, Suite 300
Houston, Texas  77023

RE: License Application, Abortion Facilities

Dear Ms. Linton and Ms. Krugler:

As you are aware, the Louisiana Department of Health (LDH), Health Standards Section (HSS), is in receipt of your application for licensure related to an Outpatient Abortion Facility in New Orleans, Louisiana.  Licensure for this facility type is controlled by La. R.S. 40:2175.6.  According to Section G of that statute, the Secretary of the Department may deny a license if an investigation or survey determines that the applicant is in violation of any federal or state law or regulation.

As you may be aware, a United States House of Representatives, Select Investigative Panel, Final Report, was issued on December 30, 2016.  One of the many outcomes of that report was a criminal and regulatory referral to the Texas Attorney General related to the operations of Planned Parenthood Gulf Coast.

Prior to making a decision on your license application, LDH is conducting an investigation to determine if Planned Parenthood Center for Choice, either in its own name or through the actions of Planned Parenthood Gulf Coast, is in violation of any federal or state law or regulation.  This investigation will include, among other things, interfacing with the Louisiana Attorney General, the Texas Attorney General, and other federal entities.  After the conclusion of this investigation, LDH will be in a position to make a determination on your license application.  At this time, LDH is neither approving nor denying your application.

If you have any questions, please feel free to contact my office at 225-342-0415.

Respectfully

Cecile Castello, Health Standards Section Director

9004

**STATE OF LOUISIANA**
**DEPARTMENT OF HEALTH AND HOSPITALS**
Bureau of Health Services Financing
Health Standards Section
P. O. Box 3767
Baton Rouge, Louisiana 70821-3767



CERTIFIED MAIL®

7015 3010 0001 9972 0009



Ms.  Melaney A. Linton, President & CEO
Ms. Jacqueline Krugler, Administrator
Planned Parenthood Center for Choice
4600 Gulf Freeway, Suite 300
Houston, Texas 77023

77023-354899