# Exhibit A

John Bel Edwards  
GOVERNOR



Rebekah E. Gee MD, MPH  
SECRETARY

# State of Louisiana
## Louisiana Department of Health
### Health Standards Section

June 13, 2017

Ms. Melaney A. Linton, President & CEO  
Ms. Jacqueline Krugler, Administrator  
Planned Parenthood Center for Choice  
4600 Gulf Freeway, Suite 300  
Houston, Texas 77023

RE: License Application, Abortion Facilities

Dear Ms. Linton and Ms. Krugler:

As you are aware, the Louisiana Department of Health (LDH), Health Standards Section (HSS), is in receipt of your application for licensure related to an Outpatient Abortion Facility in New Orleans, Louisiana. Licensure for this facility type is controlled by La. R.S. 40:2175.6. According to Section G of that statute, the Secretary of the Department may deny a license if an investigation or survey determines that the applicant is in violation of any federal or state law or regulation.

As you may be aware, a United States House of Representatives, Select Investigative Panel, Final Report, was issued on December 30, 2016. One of the many outcomes of that report was a criminal and regulatory referral to the Texas Attorney General related to the operations of Planned Parenthood Gulf Coast.

Prior to making a decision on your license application, LDH is conducting an investigation to determine if Planned Parenthood Center for Choice, either in its own name or through the actions of Planned Parenthood Gulf Coast, is in violation of any federal or state law or regulation. This investigation will include, among other things, interfacing with the Louisiana Attorney General, the Texas Attorney General, and other federal entities. After the conclusion of this investigation, LDH will be in a position to make a determination on your license application. At this time, LDH is neither approving nor denying your application.

If you have any questions, please feel free to contact my office at 225-342-0415.

Respectfully

Cecile Castello, Health Standards Section Director

Bienville Building • 628 N. Fourth St. • P.O. Box 3767 • Baton Rouge, Louisiana 70821-3767  
Phone: (225) 342-0138 • Fax: (225) 342-5073 • www.ldh.la.gov  
*An Equal Opportunity Employer*