# Exhibit C

**Congress of the United States**
Washington, DC 20515

September 5, 2017

The Honorable Jeff Sessions
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Attorney General Sessions:

We write today to express concern regarding Planned Parenthood Gulf Coast (PPGC), an affiliate of Planned Parenthood Federation of America that operates in Texas and Louisiana[1], and to request action by your Department. In 2015, the U.S. House of Representatives passed a resolution, H. Res. 461, which created the Select Investigative Panel on Infant Lives (the "Select Panel") and empowered it to conduct a thorough investigation into the medical practices of abortion providers and the practices of entities that procure and transfer fetal tissue.

We respectfully request an update on your Department's review of the Select Panel's findings and specifically on the 15 criminal and regulatory referrals made to various state and federal agencies, included in the Select Investigative Panel's Final Report (the "Report") released by the Energy and Commerce Committee on December 30, 2016.[2]

Several of the referrals of the Select Panel's Report have raised serious concern. For example, the Report states, "The Panel learned that Planned Parenthood Gulf Coast may have violated both Texas law and existing U.S. law when it sold fetal tissue to the University of Texas."[3]

Based on the reported facts and supporting documentation outlined in the Report, we request that the Department of Justice coordinate with appropriate agencies to conduct an investigation into whether PPGC committed any violation of federal law.

---

[1] As explained by Melaney Linton, President and CEO of Planned Parenthood Gulf Coast, and its abortion-providing affiliate, Planned Parenthood Center for Choice, abortions are provided in their Houston-based clinic, and the affiliates intend to apply for a license to perform abortions in PPGC's newly-built New Orleans clinic. Letter of PPGC to Louisiana Department of Health and Hospitals (July 24, 2015). Retrieved from https://www.scribd.com/document/272766142/Planned-Parenthood-Response-to-DHH.
[2] U.S. House of Representatives Energy and Commerce Committee. (December 30, 2016). *The Final Report of Congress' Select Panel on Infant Lives*. Retrieved from https://energycommerce.house.gov/sites/republicans.energycommerce.house.gov/files/documents/Select_Investigative_Panel_Final_Report.pdf.
[3] Ibid., xxvi.

One section of the Final Report, at pages 79-89, contains the criminal referral and supporting facts presented to the Texas Attorney General. The invoices and documents produced by universities[4] lists a series of findings[5] that clearly raise questions surrounding instances where PPGC appears to violate applicable federal law on fetal tissue,[6] in addition to related state specific Penal Code provisions prohibiting such actions and payments.[7] Documents produced to the Select Panel by multiple universities, including Baylor College of Medicine and the University of Texas Medical Branch, Galveston, demonstrate that PPGC may have transferred fetal tissue in exchange for valuable consideration and knowingly offered to sell or transfer tissue.

We raise this issue to you today because the Final Report and criminal referrals were released during a presidential transition period when Justice Department personnel and enforcement priorities were in flux. We strongly believe the issues raised in the Select Panel's Report should be given proper consideration, including a thorough investigation.

We stand ready to work with you as you fully investigate the unlawful practices of the abortion industry, and we look forward to engaging with you to discuss these important matters. As always, we thank you for your dedicated public service and tireless work on the critical issues facing our nation.

Sincerely,

Mike Johnson
Member of Congress

Marsha Blackburn
Member of Congress

Vicky Hartzler
Member of Congress

Ralph Abraham
Member of Congress

Jodey Arrington
Member of Congress

Brian Babin
Member of Congress

---

[4] Ibid., 260-272.
[5] Finding (c) is listed on page 271 under Section D(12).
[6] 42 U.S.C. § 289g-2(a), states, "It shall be unlawful for any person to knowingly acquire, receive, or otherwise transfer any human fetal tissue for valuable consideration if the transfer affects interstate commerce."
[7] Texas Penal Code § 48.02. PPGC was paid for consent from patients. Consent is not a cost for which an entity can be reimbursed under § 289g-2 because it is valuable consideration.

_____
Kevin Brady
Member of Congress

_____
Blake Farenthold
Member of Congress

_____
Bill Flores
Member of Congress

_____
Louie Gohmert
Member of Congress

_____
Garret Graves
Member of Congress

_____
Jeb Hensarling
Member of Congress

_____
Clay Higgins
Member of Congress

_____
Sam Johnson
Member of Congress

_____
Kenny Marchant
Member of Congress

_____
Pete Olson
Member of Congress

_____
John Ratcliffe
Member of Congress

_____
Randy Weber
Member of Congress

cc:    The Honorable Ken Paxton
       Attorney General, State of Texas
       The Honorable Jeff Landry
       Attorney General, State of Louisiana