# Exhibit D



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 27, 2017

Stephen Russo
Louisiana Department of Health
Executive Counsel
628 N. Fourth St.
Baton Rouge, LA 70821

Dear Mr. Russo,

We received your inquiry about potential violations of law by Planned Parenthood and its affiliates. Enclosed is a USB drive containing public information our office has concerning potential violations of state and federal laws and regulations that have been at issue in our suit involving the decision to remove Planned Parenthood from the Texas Medicaid program. Please let us know if you have any further questions.

Sincerely,

Brantley Starr
Deputy First Assistant Attorney General

**RECEIVED**

OCT 3 1 2017

BUREAU OF
LEGAL SERVICES