# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

PLANNED PARENTHOOD GULF
COAST, INC., *et al.*,

    Plaintiffs,

v.

REBEKAH GEE, in her official capacity as
Secretary of the Louisiana Department of
Health,

    Defendant.

No. 3:18-cv-00176-JWD-RLB

## DECLARATION OF PATRICK MAGEE

I, Patrick Magee, declare and state as follows:

1. I am the Director of the Criminal Division of the Louisiana Department of Justice, having assumed that role on March 5, 2018.

2. I make this declaration in support of Defendant's Motion to Dismiss in the above-captioned case based upon personal knowledge, the business records of the Department of Justice, and the reports of the Department of Justice employees.

## INVESTIGATION

3. On or about January 26, 2018, the Louisiana Department of Justice received an unsolicited complaint regarding acts committed by Planned Parenthood Gulf Coast, Inc., ("PPGC") and certain of its employees. Louisiana Department of Justice staff met with counsel for the complainant to discuss the matter on February 6, 2018.

4. Based upon the complaint, documentation submitted therewith, and other information independently determined to be credible, the Louisiana Department of Justice

opened an investigation into the conduct of PPGC and its employees. That investigation is ongoing.

5.  Details regarding the nature of the complaint and the investigation are confidential pursuant to state law.

6.  Plaintiffs allege in their Complaint that PPGC and Planned Parenthood Center for Choice ("PPCfC") share staff and facilities. *See* Complaint at 7, ¶ 26. Accordingly, any violations of law by PPGC or PPGC employees may also implicate PPCfC.

7.  The Louisiana Department of Health has been informed that an investigation is open and ongoing.

8. Certain information related to the complaint and investigation is subject to a sealing or secrecy order entered by a Louisiana judge. To the extent the Louisiana Department of Justice is relieved of the sealing or secrecy order by the judge who entered it, I am prepared to make an *in camera* showing to this Court regarding the nature of the complaint and ongoing investigation. *See, e.g., In re U.S. Dep't Homeland Sec.*, 495 F.3d 565, 571 (5th Cir. 2006) (remanding for *in camera* review of documents implicating law enforcement privilege); *Southeast Recovery Grp., LLC v. BP Am., Inc.*, 278 F.R.D. 162, 167, 169 (E.D. La. 2012) (staying case following *in camera* review of documents related to criminal investigation).

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF LOUISIANA AND UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Baton Rouge, Louisiana, this 4 day of April, 2018

_____
Patrick Magee
Director, Criminal Division
Louisiana Department of Justice


SWORN TO AND SUBSCRIBED before me, Notary Public, on this 4th day of April, 2018, in and for East Baton Rouge Parish, Louisiana.

_____ #33775
Notary Public Signature and Bar Roll/Notary Number

Colin Clark
Notary Public Printed Name

at death
Date of Expiration of Commission

3