UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
June 13, 2018
DISTRICT JUDGE JOHN W. deGRAVELLES

PLANNED PARENTHOOD GULF COAST,
INC.; PLANNED PARENTHOOD CENTER
FOR CHOICE; JANE DOE #1; JANE DOE #2;
and JANE DOE #3

VERSUS

REBEKAH GEE, in her official capacity as
Secretary of the Louisiana Department of
Health

CIVIL ACTION

NO:   18-176-JWD-RLB

This matter came on this day for a telephone status conference.

**PRESENT WERE:**

Amy K. Van Zant, Jennifer M. Keighley, Mark Phillip Wine, Dylan M. Bensinger, Rachel G. Shaley, Yekaterina M. Reyzis, Jennifer M. Keighley, Brandon H. Robb, Andrea Lynn Rubin
**Counsel for Plaintiff**

Joseph Scott St. John
**Counsel for Defendant**

The Court heard arguments from the parties on the pending motion to vacate the hearing filed by the Defendant, (Doc. 48). After hearing arguments from the parties and for oral reasons assigned, the Defendant's motion to vacate the hearing for the preliminary injunction calendared for the week of July 23, 2018, (Doc. 48) is GRANTED, and all proceedings are STAYED pending the resolution of the Defendant's Appeal.

Signed in Baton Rouge, Louisiana, on June 18, 2018.

Cv 38a; T: 0:30
RECORDED/CONF. RM

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**